

## REHEARING DOCKET

**89–2136.** State v. Bonnell. *Cuyahoga County*, No. 55927. Reported at 61 Ohio St.3d 179, 573 N.E.2d 1082. On motion for rehearing. Rehearing denied.

H. BROWN, J., dissents.

**90–332.** Shover v. Cordis Corp. *Montgomery County*, No. 11636. Reported at 61 Ohio St.3d 213, 574 N.E.2d 457. On motion for rehearing or, alternately, on motion for clarification. Motions denied.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**90–471.** State v. Frazier. *Cuyahoga County*, No. 54771. Reported at 61 Ohio St.3d 247, 574 N.E.2d 483. On motion for rehearing. Rehearing denied.

**90–910.** State v. Jenks. *Cuyahoga County*, Nos. 56368 and 56373. Reported at 61 Ohio St.3d 259, 574 N.E.2d 492. On motion for rehearing. Rehearing denied.

**90–1113.** Cuyahoga Falls Edn. Assn. v. Cuyahoga Falls City School Dist. Bd. of Edn. *Summit County*, No. 14324. Reported at 61 Ohio St.3d 193, 574 N.E.2d 442. On motion for rehearing and on motion for clarification. Motions denied.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**90–1433.** State v. Smith. *Hamilton County*, No. C–880287. Reported at 61 Ohio St.3d 284, 574 N.E.2d 510. On motion for rehearing. Rehearing denied.

**91–574.** State v. Hamilton. *Summit County*, No. 14695. Reported at 61 Ohio St.3d 1409, 574 N.E.2d 1073. On motion for rehearing. Rehearing denied.

**91–843.** State v. Jordan. *Franklin County*, No. 90AP–660. Reported at 61 Ohio St.3d 1419, 574 N.E.2d 1090. On motion for rehearing. Rehearing denied.

MOYER, C.J., HOLMES and RESNICK, JJ., dissent.

**91–890.** Dunville v. Eid. *Hamilton County*, No. C–890826. Reported at 61 Ohio St.3d 1422, 574 N.E.2d 1093. On motion for rehearing. Rehearing granted and motion to certify the record